**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**



PAID
/35/56. -44

In re:                                    Case No.:    09-18429-BKC-PGH
                                          Chapter 7
SCHILLER, HARLAN M.
SCHILLER, CAROLYN B.

          Debtor(s).                  /

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U. S. BANKRUPTCY COURT CLERK**

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

FILED ___  RECEIVED ___

Notice is hereby given that:

(X)     The Trustee has a balance of **$124.77** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )     The Trustee has a balance of $*** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 18, 2011

Michael R. Bakst, Trustee, Trustee
PMB702, 222 Lakeview Avenue, St 160
West Palm Beach, FL  33401-6145
Telephone:   (561) 838-4539
Facsimile:   (561) 514-3439
Email:       baksttrustee@ruden.com

**NAME:**   SCHILLER, HARLAN M.
             SCHILLER, CAROLYN B.

**CASE NO:**   09-18429-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A.<br>Chase Auto Finance, AZ1-1191<br>201 N. Central Avenue<br>Phoenix, AZ 95004 | $ 2,426.62 | $ 124.77 |

cc: Creditor(s) listed above